UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-08-0068 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MARIA MARTINEZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARIA MARTINEZ , Case No.  CR. S-08-0068 EJG  , Charge  Title 21 USC §§ 846; 841 (a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

X  Bail Posted in the Sum of $ 50,000.00  ($25,000 co-signed for by Ms. Hamby)

X  Unsecured Appearance Bond

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

X  (Other)  Pretrial Services Supervision of Conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 4, 2008  at  3:10 pm .

By  *Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge