```
DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, Arizona Bar #016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-08-0068 EJG/EFB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| MARIA MARTINEZ, | ) | Date: NONE |
| | ) | Time: NONE |
| Defendants. | ) | Judge: Hon. Edmund F. Brennan |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Maria Martinez, that her conditions of pretrial release be modified to terminate the condition requiring drug testing. This modification is based on the fact that Defendant Maria Martinez was released on April 4, 2008 and has complied with the testing condition for over one year.

The U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

//

//

| | |
|---|---|
| Dated: March 4, 2010 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | */s/ Douglas J. Beevers* |
| | _____<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARIA MARTINEZ |
| Dated: March 4, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Jason Hitt* |
| | _____<br>JASON HITT<br>Assistant U.S. Attorney |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the release conditions for Defendant Maria Martinez be modified to terminate the requirement of drug testing. All other release conditions remain in effect.

IT IS SO ORDERED.

Dated: March 4, 2010

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE