1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

**FILED**

APR 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, )  | Case No. 2:08-cr-0068 EJG |
| 11              Plaintiff,    )  | [AMENDED] GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AGAINST |
| 12       v.                   )  | DEFENDANT MARIA MARTINEZ AND [~~PROPOSED~~] ORDER |
| 13  MARIA MARTINEZ, et al.,    )  | [FED. R. CRIM. P. 48(a)] |
| 14              Defendants,   )  | |

17       The United States of America, through its attorney of record,

18  Assistant U.S. Attorney Jason Hitt, hereby moves for an order

19  dismissing the indictment against defendant Maria MARTINEZ pursuant

20  to Federal Rule of Criminal Procedure 48(a).  This motion is made in

21  the interests of justice based upon the government's evaluation of

22  existing evidence against the defendant.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

    / / /

1

1    Based upon this motion, the undersigned respectfully requests

2  that the Court dismiss the pending counts of the Indictment against

3  defendant Maria MARTINEZ in Case No. 2:08-cr-0068 EJG in the

4  interests of justice pursuant to Rule 48(a).

5

6                                    Respectfully Submitted,

7                                    BENJAMIN B. WAGNER
                                     United States Attorney
8

9  DATED:   April 16, 2010        By:/s/Jason Hitt
                                      JASON HITT
10                                    Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2     For the reasons set forth in the motion to dismiss filed by the

3  United States, **IT IS HEREBY ORDERED** that:

4     The pending counts of the Indictment against defendant ~~Will~~ Maria

5  ~~ADAMIAN~~ Martinez in Case No. 2:08-cr-0068 EJG are hereby DISMISSED pursuant to

6  Federal Rule of Criminal Procedure 48(a).

7

8  DATED:    4/16/10

   EDWARD J. GARCIA
9                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28